

Gregory P. Photiadis
James W. Gresens
Michael J. Lombardo +
Dennis P. Cleary
Gary M. Kanaley *
Robert L. Bencini
Patricia Gillen
Charles C. Ritter, Jr.
Elizabeth A. Kraengel **

Barbara B. Strzemski-Haase
John D. Celani *
Steven W. Klutkowski ++
Christopher M. Berloth
Robert C. Carbone
Elise L. Cassar
Thomas D. Lyons
Kristine N. Celeste
Tabita Saraj

Matthew J. Beck
Of Counsel

Emanuel Duke (1916-1999)
Donald J. Holzman (1930-2017)

\* Also Admitted in FL
\*\* Also Admitted in MA
\+ Also Admitted in PA
++ Also Admitted in NJ

November 21, 2022

**Via CM/ECF Only**
Hon. Miroslav Lovric
US District Court
Northern District of New York
Binghamton U.S. Courthouse
15 Henry St.
Binghamton, NY 13901

      RE:    *CNY Fair Hous., Inc., et al. v. Clover Grp. Inc., et al.*
               Case No. 5:21-cv-361-BKS-ML (N.D.N.Y.)

Dear Judge Lovric:

      Please accept this letter as the parties' joint status report in the above-action regarding the progress of the litigation pursuant to the Court's Text Order dated October 11, 2022 (Doc. No. 55).

      The Mediator's Report of Mandatory Mediation was filed on October 26, 2022, reflecting that the related case (*CNY Fair Hous., Inc., et al. v. Clover Constr. Mgmt., Inc., et al*., Case No. 5:22-cv-278-BKS-ML) settled, but that this action has not settled. (Doc. No. 56).

      Since the formal conclusion of mediation, counsel have been continuing direct settlement discussions and wish to focus on settlement negotiations in an effort to resolve the action for a period of 60 days (taking into account the holiday season) before turning their attention to discovery and motion practice.

      If settlement negotiations do not continue in a productive manner during that time period, the parties intend to proceed with discovery and plaintiffs intend to move to amend the complaint to include additional allegations to seek class action status; defendants will oppose such motion.

      Please let us know if you require any further information at this time.

      Respectfully submitted,

      DUKE HOLZMAN PHOTIADIS & GRESENS, LLP

      *s/Elizabeth A. Kraengel*

      Elizabeth A. Kraengel
      ekraengel@dhpglaw.com

cc:    Counsel of Record (via CM/ECF)

701 Seneca Street, Suite 750  Buffalo, New York 14210   t 716.855.1111  f 716.855.0327 (NOT FOR SERVICE OF PAPERS)
www.dhpglaw.com