**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION**

CNY FAIR HOUSING, INC., *et al.*

Plaintiffs,

v.

CLOVER GROUP, INC., *et al.*

Defendants.

Civ. Case No. 5:21-cv-00361-BKS-ML

## JOINT STATUS REPORT IN RESPONSE TO COURT'S JANUARY 5 ORDER

Plaintiffs and Defendants hereby submit this Joint Status Report in response to the Court's January 5, 2023, Text Order (Dkt. 64) ("January 5 Order"), directing the parties to "file detailed status reports regarding the progress of discovery, the litigation, and the status of substitution of party for decedent Lois Harter."

As to the progress of discovery, Plaintiffs and Defendants have each served first sets of requests for production and interrogatories on the other side. Responses to those requests will be due in early- to mid-February. The parties are in the process of scheduling the first set depositions, and anticipate having dates confirmed and notices served this week. Plaintiffs are further in the process of preparing expert disclosures in anticipation of the January 31 deadline for service of Plaintiffs' expert reports. The parties will otherwise continue working diligently on discovery and litigating this matter.

With respect to the status of substitution of a party for decedent Plaintiff Lois Harter, Plaintiffs' counsel is in discussion with the attorney who represents the administrator of Ms. Harter's estate and has provided the information necessary for that attorney to advise his client

with respect to substitution for Ms. Harter.

Dated: January 17, 2023

/s/ Reed Colfax
Reed N. Colfax*
Sara K. Pratt*
Soohyun Choi (Bar Roll #703440)
RELMAN COLFAX PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
(202) 728-1888
(202) 728-0848 (facsimile)
rcolfax@relmanlaw.com
spratt@relmanlaw.com
schoi@relmanlaw.com

*Admitted Pro Hac Vice

Conor Kirchner (Bar Roll #518898)
Casey Weissman-Vermeulen (Bar Roll #702110)
CNY Fair Housing, Inc.
731 James Street, Suite 200
Syracuse, NY 13203
(315) 471-0420
ckirchner@cnyfairhousing.org
cweissman-vermeulen@cnyfairhousing.org

**DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP**

/s/ Elizabeth A. Kraengel
Gregory P. Photiadis
Elizabeth A. Kraengel
701 Seneca Street, Suite 759
Buffalo, NY 14210
(716) 855-1111
(716) 855-0327 (facsimile)
gpp@dhpg.com
ekraengel@dhpglaw.com

**FOX ROTHSCHILD LLP**
Scott Badami (*pro hac vice*)
W. Christian Moffitt (*pro hac vice*)
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422
(610) 397-6500
(610) 397-0450 (facsimile)
sbadami@foxrothschild.com
cmoffitt@foxrothschild.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of January, 2023, a copy of the foregoing Joint Status Report in Response to Court's January 5 Order was filed using the CM/ECF system for the Northern District of New York, which shall serve as notice of filing on all counsel of record.

<u>/s/ Reed Colfax</u>
Reed Colfax
*Attorney for Plaintiffs*