

| | | |
|---|---|---|
| Gregory P. Photiadis<br>James W. Gresens<br>Michael J. Lombardo +<br>Dennis P. Cleary<br>Gary M. Kanaley *<br>Robert L. Bencini<br>Patricia Gillen<br>Charles C. Ritter, Jr.<br>Elizabeth A. Kraengel ** | Barbara B. Strzemski-Haase<br>John D. Celani *<br>Steven W. Klutkowski ++<br>Christopher M. Berloth<br>Robert C. Carbone<br>Elise L. Cassar<br>Thomas D. Lyons<br>Kristine N. Celeste<br>Derick R. White | Matthew J. Beck<br>Of Counsel<br><br>Emanuel Duke (1916-1999)<br>Donald J. Holzman (1930-2017)<br><br>\* Also Admitted in FL<br>** Also Admitted in MA<br>+ Also Admitted in PA<br>++ Also Admitted in NJ |

May 23, 2023

**Via CM/ECF Only**
Hon. Miroslav Lovric
US District Court
Northern District of New York
Binghamton U.S. Courthouse
15 Henry St.
Binghamton, NY 13901

        **RE:**    **CNY Fair Housing, Inc., et al. v. Clover Group Inc., et al.**
                  **Case No. 5:21-cv-361-BKS-ML (N.D.N.Y.)**

## *JOINT STATUS REPORT*

Dear Judge Lovric:

      Our law firm represents the defendants in the above-action. We write to provide the Court with a joint status report on behalf of the parties pursuant to Text Order 112.

      Counsel for the parties continue to confer with respect to ongoing discovery productions, with the most recent conferral having occurred on May 19. Both plaintiffs and defendants intend to complete their email productions on or about June 15, 2023, and are continuing with rolling productions of non-email documents. The parties are in the process of scheduling depositions to take place in July and August of the remaining defense witnesses sought to be deposed by plaintiffs, and of the individual plaintiffs, the executive directors of the organizational plaintiffs, and various testers identified by the organizational plaintiffs.

      The parties propose the following amended scheduling deadlines:

- Plaintiffs' supplemental expert disclosures by 6/16/23
- Defendants' expert disclosures by 7/28/23
- Rebuttal expert disclosures by 8/18/23
- Fact discovery cutoff date 9/8/23
- Expert depositions by 9/29/23
- Supplemental Expert Disclosures, if any, in accordance with FRCP 26(e)
- Motions for summary judgment by 11/3/23

Hon. Miroslav Lovric
May 23, 2023
Page 2

                Respectfully submitted,

                DUKE HOLZMAN PHOTIADIS & GRESENS, LLP

                *s/Elizabeth A. Kraengel*

                Elizabeth A. Kraengel
                ekraengel@dhpglaw.com

EAK/rp
cc: Counsel of Record (via CM/ECF)