

**RELMAN COLFAX** PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036
202.728.1888
www.relmanlaw.com

June 6, 2023

**VIA CM/ECF ONLY**

Hon. Brenda K. Sannes
U.S. District Court
Northern District of New York
P.O. Box 7336
Syracuse, NY 13621

      Re: *CNY Fair Housing, Inc., et al. v. Clover Group Inc., et al.*, Civil Action No. 5:21-cv-361-BKS-ML (N.D.N.Y.)

Honorable Judge Sannes,

    The parties in the above-captioned case jointly submit this letter to inform the Court of developments that it may consider relevant as it considers Defendants' Motion to Strike Plaintiffs' Expert Reports, Dkt. 89, Plaintiffs' Opposition thereto, Dkt. 101, and Defendants' Reply, Dkt. 104, including that Plaintiffs will supplement the expert reports that are the subject of Defendants' motion on or before June 16, 2023.

    On May 16, 2023, the parties appeared for oral argument of various motions and for a status hearing before Magistrate Judge Lovric. At that hearing, Judge Lovric granted Defendants' Motion to Amend Deadlines, Dkt. 94. Dkt. 112. Judge Lovric subsequently issued the following amended schedule for supplementing and filing expert disclosures: Plaintiffs' supplemental expert disclosures are due by June 16, 2023; Defendants' expert disclosures are due by July 28, 2023; rebuttal expert disclosures are due by August 18, 2023; and expert depositions shall be completed by September 29, 2023. Dkt. 117.

                                      Respectfully submitted,

                                      RELMAN COLFAX PLLC
                                      /s/ Reed Colfax
                                      Reed Colfax
                                      Sara K. Pratt
                                      Soohyun Choi
                                      Gemma Donofrio
                                      Gabriel Diaz



RELMAN COLFAX PLLC
June 6, 2023
Page 2 of 2

           CNY FAIR HOUSING, INC.
           Conor Kirchner
           Casey Weissman-Vermeulen

           *Counsel for Plaintiffs*

           DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP
           Gregory Photiadis
           Elizabeth Kraengel
           Elise Cassar

           *Counsel for Defendants*

cc: Counsel of Record (via CM/ECF)