IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK : SYRACUSE DIVISION

|  |  |
|---|---|
| CNY FAIR HOUSING, INC, THE FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH, INC., HOUSING RESEARCH & ADVOCACY CENTER, INC. d/b/a FAIR HOUSING CENTER FOR RIGHTS AND RESEARCH, INC.; HOUSING OPPORTUNITIES MADE EQUAL OF BUFFALO, INC.; HOUSING OPPORTUNITIES MADE EQUAL OF CINCINNATI, INC.; PHYLLIS BARTOSZEWSKI,  JOYCE WILCOX AS THE ADMINISTRATOR AND REPRESENTATIVE OF THE ESTATE OF LOIS HARTER and DEANNA TOWN, | : : : : : : : : : : : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. : 5:21-cv-00361-BKS-ML |
| WELLCLOVER HOLDINGS LLC; CLOVER MANAGEMENT, INC.; CLOVER COMMUNITIES CAMILLUS LLC; CLOVER COMMUNITIES SALINA LLC; CLOVER COMMUNITIES NEW HARTFORD, LLC; CLOVER COMMUNITIES CLAY LLC; CLOVER COMMUNITIES JOHNSON CITY, LLC; CLOVER COMMUNITIES SOUTHWESTERN LLC; CLOVER COMMUNITIES SWEETHOME, LLC; and LACKAWANNA SENIOR HOUSING LP. | : : : : : : : : : : : : |
| Defendants. | : : |

## NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO RULE 56

MOTION BY:                                   Defendants WellClover Holdings LLC, Clover
                                                        Management, Inc., Communities Camillus LLC,
                                                        Clover Communities Salina LLC, Clover
                                                        Communities New Hartford LLC,  Clover
                                                        Communities Clay LLC, Clover Communities
                                                        Johnson City, LLC, Clover Communities
                                                        Southwestern LLC, Clover Communities
                                                        Sweethome, LLC, and Lackawanna Senior Housing
                                                        LP

RELIEF SOUGHT:                          An Order:

Granting Defendants' cross-motion for summary judgment dismissing counts I-III of the complaint: 1) with respect to rental pricing, under any theory, as a matter of law, 2) with respect to any property that is not owned or managed by and defendant, or any property that is not identified in the complaint, and 3) with respect to New Hartford Senior Apartments and Reynolds Pointe Senior Apartments as to parking related claims for failure to establish a prima facie case;

Denying Plaintiffs' motion for summary judgment in its entirety, with prejudice, and disregarding Plaintiffs proffered Exhibits 6, 12, 24, 42, 55 and portions of Exhibit 3 as inadmissible; and

Awarding such other and further relief as the Court deems just and proper.

GROUNDS:                                Federal Rules of Civil Procedure Rule 56

WHEN RETURNABLE:                        _____, 2024, at _____ a.m./p.m.

WHERE RETURNABLE:                       Hon. Brenda K. Sannes

SUPPORTING PAPERS:                      Declaration of Jeffrey A. Goldshine, dated January 19, 2024, with exhibit; Declaration of C. Paul Wazzan, Ph.D., dated January 19, 2024, with exhibits; Declaration of Geoffrey Maze, C.P.A., dated January 19, 2024, with exhibits; Declaration of Andrew Cohen, dated January 19, 2024, with exhibits; Declaration of Emily Brady, dated January 22, 2024, with exhibits; Declaration of Elizabeth A. Kraengel, Esq., dated January 22, 2024, with exhibits; Response to Plaintiffs' Statement of Material Facts and Defendants' Statement of Material Facts, dated January 22, 2024; and Memorandum of Law, dated January 22, 2024.

ORAL ARGUMENT:            Defendants request oral argument on the cross-motion.  Defendants' counsel can identify the key legal arguments and relevant aspects of the substantial record in this case.  If the request is granted, Elizabeth A. Kraengel will argue the cross-motion on behalf of Defendants.


Respectfully submitted,

Dated: Buffalo, New York
      January 22, 2024


DUKE HOLZMAN PHOTIADIS GRESENS LLP


By: _s/ *Elizabeth A. Kraengel*_____
     Gregory P. Photiadis, Esq. (Bar Roll #502273)
     Elizabeth A. Kraengel, Esq. (Bar Roll #702726)
     Elise L. Cassar, Esq.*
     *Attorneys for Defendants*
     701 Seneca Street, Suite 750
     Buffalo, New York 14210
     Tel: (716) 855-1111
     gpp@dhpglaw.com
     ekraengel@dhpglaw.com
     ecassar@dhpglaw.com

     BAKER DONELSON
     Theresa L. Kitay, Esq.*
     Monarch Plaza
     3414 Peachtree Road, N.E., Suite 1500
     Atlanta, GA 30326
     (404) 443-6745
     tkitay@bakerdonelson.com

     *Admitted Pro Hac Vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed the Notice of Cross-Motion with supporting papers in this matter, with the Clerk of the District Court using its CM/ECF system and thereby provided service on the following CM/ECF participants:

Conor J. Kirchner, Esq.
Matthew Casey Weissman-Vermeulen, Esq.
CNY Fair Housing, Inc.
731 James Street, Suite 200
Syracuse, NY 13203
315-471-0420
Fax: 315-471-0549
ckirchner@cnyfairhousing.org
cweissman-vermeulen@cnyfairhousing.org

Paul A. Gordon
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, California 94105
415-995-5014
pgordon@hansonbridgett.com

Reed N. Colfax, Esq.*
Sara K. Pratt, Esq.*
Gabriel Diaz, Esq.*
Gemma Donofrio, Esq.*
Soohyun Choi (Bar Roll #703440)
Relman, Colfax PLLC
1225 19th Street, N.W.
Suite 600
Washington, DC 20036
202-728-1888
rcolfax@relmanlaw.com
spratt@relmanlaw.com
gdiaz@relmanlaw.com
gdonofrio@relmanlaw.com
schoi@relmanlaw.com

*Admitted Pro Hac Vice

**DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP**

Dated: January 22, 2024          _s/ *Elizabeth A. Kraengel*_
Elizabeth A. Kraengel, Esquire
701 Seneca Street, Suite 750
Buffalo, NY 14210
(716) 855-1111
(716) 855-0327 (facsimile)
ekraengel@dhpglaw.com

4