IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK : SYRACUSE DIVISION

| | |
|---|---|
| CNY FAIR HOUSING, INC, THE FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH, INC., HOUSING RESEARCH & ADVOCACY CENTER, INC. d/b/a FAIR HOUSING CENTER FOR RIGHTS AND RESEARCH, INC.; HOUSING OPPORTUNITIES MADE EQUAL OF BUFFALO, INC.; HOUSING OPPORTUNITIES MADE EQUAL OF CINCINNATI, INC.; PHYLLIS BARTOSZEWSKI, JOYCE WILCOX AS THE ADMINISTRATOR AND REPRESENTATIVE OF THE ESTATE OF LOIS HARTER and DEANNA TOWN, <br><br>                              Plaintiffs, <br>           v. <br><br> WELLCLOVER HOLDINGS LLC; CLOVER MANAGEMENT, INC.; CLOVER COMMUNITIES CAMILLUS LLC; CLOVER COMMUNITIES SALINA LLC; CLOVER COMMUNITIES NEW HARTFORD, LLC; CLOVER COMMUNITIES CLAY LLC; CLOVER COMMUNITIES JOHNSON CITY, LLC; CLOVER COMMUNITIES SOUTHWESTERN LLC; CLOVER COMMUNITIES SWEETHOME, LLC; and LACKAWANNA SENIOR HOUSING LP. <br><br>                              Defendants. | Civil Action No. <br> 5:21-cv-00361-BKS-ML |

**NOTICE OF MOTION TO DISMISS PURSUANT TO 12(B)(1)**

MOTION BY:  Defendants WellClover Holdings LLC, Clover Management, Inc., Clover Communities Camillus LLC, Clover Communities Salina LLC, Clover Communities New Hartford LLC, Clover Communities Clay LLC, Clover Communities Johnson City, LLC, Clover Communities Southwestern LLC, Clover Communities Sweethome, LLC, and Lackawanna Senior Housing LP.

| | |
|---|---|
| RELIEF SOUGHT: | An Order: |
| | i) dismissing all claims asserted by CNY Fair Housing, Inc., The Fair Housing Partnership of Greater Pittsburg, Inc., Housing Research & Advocacy Center, Inc. d/b/a Fair Housing Center for Rights and Research, Inc., Housing Opportunities Made Equal of Buffalo, Inc., and Housing Opportunities Made Equal of Cincinnati, for lack of Article of III standing and subject matter jurisdiction; and |
| | ii) awarding such other and further relief as the Court deems just and proper. |
| GROUNDS: | Federal Rules of Civil Procedure Rule 12(b)(1) |
| WHEN RETURNABLE: | _____, 2025, at _____ a.m./p.m. |
| WHERE RETURNABLE: | Hon. Brenda K. Sannes |
| SUPPORTING PAPERS: | Declaration of Elizabth A. Kraengel, Esq., dated February 20, 2025, with exhibits, and Memorandum of Law, dated February 20, 2025. |
| ORAL ARGUMENT: | Defendants request oral argument on the motion to dismiss. Defendants' counsel can identify the key legal arguments, including the new legal standard applicable to this case. If the request is granted, Elizabeth A. Kraengel will argue the motion to dismiss on behalf of the Defendants. |

2

Dated: Buffalo, New York
February 20, 2025

**DUKE HOLZMAN PHOTIADIS GRESENS LLP**

By: _s/ Elizabeth A. Kraengel_
Gregory P. Photiadis, Esq. (Bar Roll #502273)
Elizabeth A. Kraengel, Esq. (Bar Roll #702726)
Elise L. Cassar, Esq.*
*Attorneys for Defendants*
701 Seneca Street, Suite 750
Buffalo, New York 14210
Tel: (716) 855-1111
gpp@dhpglaw.com
ekraengel@dhpglaw.com
ecassar@dhpglaw.com

BAKER DONELSON
Theresa L. Kitay, Esq.*
Monarch Plaza
3414 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
(404) 443-6745
tkitay@bakerdonelson.com

*Admitted Pro Hac Vice*

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, I electronically filed the Notice of Motion with supporting papers in this matter, with the Clerk of the District Court using its CM/ECF system and thereby provided service on the following CM/ECF participants:

**Conor J. Kirchner, Esq.**
**Matthew Casey Weissman-Vermeulen, Esq.**
**CNY Fair Housing, Inc.**
**731 James Street, Suite 200**
**Syracuse, NY 13203**
**315-471-0420**
**Fax: 315-471-0549**
ckirchner@cnyfairhousing.org
cweissman-vermeulen@cnyfairhousing.org

**Reed N. Colfax, Esq.***
**Sara K. Pratt, Esq.***
**Lila Miller, Esq. (Bar Roll #701764)**
**Soohyun Choi (Bar Roll #703440)**
**Relman, Colfax PLLC**
**1225 19th Street, N.W.**
**Suite 600**
**Washington, DC 20036**
**202-728-1888**
rcolfax@relmanlaw.com
spratt@relmanlaw.com
lmiller@relmanlaw.com
schoi@relmanlaw.com

*\*Admitted Pro Hac Vice*

**DUKE, HOLZMAN, PHOTIADIS & GRESENS LLP**

Dated: February 20, 2025         s/ *Elizabeth A. Kraengel*
Elizabeth A. Kraengel, Esquire
701 Seneca Street, Suite 750
Buffalo, NY 14210
(716) 855-1111
(716) 855-0327 (facsimile)
ekraengel@dhpglaw.com

4