

Gregory P. Photiadis
James W. Gresens
Michael J. Lombardo ++
Dennis P. Cleary
Gary M. Kanaley **
Patricia Gillen
Charles C. Ritter, Jr.
Elizabeth A. Kraengel ***
Barbara B. Strzemski-Haase
John D. Celani **

Steven W. Klutkowski +
Christopher M. Berloth
Thomas D. Lyons
George S. Van Nest
Elise L. Cassar
Nicole K. Joerg
Kristine N. Celeste
Derick R. White
Madison Burns
Claire Hofmeister

Matthew J. Beck
Of Counsel
Jennifer R. Scharf *
Of Counsel

Emanuel Duke (1916-1999)
Donald J. Holzman (1930-2017)

\* Also Admitted in CA
\*\* Also Admitted in FL
\*\*\* Also Admitted in MA
+ Also Admitted in NJ
++ Also Admitted in PA

February 20, 2025

**<u>Via CM/ECF Only</u>**
Hon. Brenda K. Sannes
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

      RE:    **CNY Fair Housing, Inc., et al. v. Clover Group Inc., et al.**
                **Case No. 5:21-cv-361-BKS-ML (N.D.N.Y.)**

Dear Judge Sannes:

      Our law firm represents the Defendants in the above action, which is scheduled for trial before Your Honor commencing April 28, 2025. On February 20, 2025, Defendants filed a motion to dismiss certain claims in this case (Dkt. 228) and write to request an expedited briefing schedule due to the approaching trial date.

      Thank you for Your Honor's attention in this regard.

                                            Respectfully submitted,

                                            DUKE HOLZMAN PHOTIADIS GRESENS LLP

                                            s/ *Elise L. Cassar*

                                            Elise L. Cassar
                                            ecassar@dukeholzman.com

ELC/cp
cc: Counsel of Record (via CM/ECF)

701 Seneca Street, Suite 750  Buffalo, New York 14210     t 716.855.1111  f 716.855.0327 (NOT FOR SERVICE OF PAPERS)
www.dhpglaw.com