UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CNY FAIR HOUSING, INC., THE FAIR
HOUSING PARTNERSHIP OF GREATER
PITTSBURGH, INC., HOUSING RESEARCH &           5:21-cv-361 (BKS/ML)
ADVOCACY CENTER, INC., HOUSING
OPPORTUNITIES MADE EQUAL OF
BUFFALO, INC., HOUSING OPPORTUNITIES
MADE EQUAL OF GREATER CINCINNATI,
INC., PHYLLIS BARTOSZEWSKI, DEANNA
TOWN, and JOYCE WILCOX,
                              Plaintiffs,

v.

WELLCLOVER HOLDINGS LLC, CLOVER
MANAGEMENT, INC., CLOVER COMMUNITIES
CAMILLUS LLC, CLOVER COMMUNITIES
SALINA LLC, CLOVER COMMUNITIES NEW
HARTFORD, LLC, CLOVER COMMUNITIES
CLAY LLC, CLOVER COMMUNITIES
JOHSON CITY, LCC, CLOVER COMMUNITIES
SOUTHWESTERN LLC, CLOVER COMMUNITIES
SWEETHOME, LLC, LACKAWANNA SENIOR
HOUSING, LP,
                              Defendants.

---

### ORDER OF DISMISSAL BY REASON OF SETTLEMENT

On March 10, 2025, a settlement was reached in this case at a settlement conference before Magistrate Judge Lovric, and counsel provided the court with an update regarding the settlement on March 24, 2025. (Dkt. No. 238). A review of the record in this action indicates that no infant or incompetent is a party to this action. Accordingly, pursuant to N.D.N.Y. L.R. 68.1(a), it is hereby

ORDERED as follows:

I. The above-captioned case is hereby dismissed and discontinued in its entirety, without costs, and without prejudice to the right of any party to reopen this action within forty-five (45) days of the date of this Order if the settlement is not consummated.

II. Any application to reopen this case must be filed within forty-five (45) days of the date of this Order. An application to reopen filed after the expiration of that forty-five-day period, unless it is extended by the Court prior to its expiration, may be summarily denied solely on the basis of untimeliness.

III. If the parties wish for the Court to retain ancillary jurisdiction for the purpose of enforcing any settlement agreement, they must submit a request that the Court retain jurisdiction over enforcement of the agreement, or submit the agreement to the Court for incorporation of its terms into an Order retaining jurisdiction, within the above referenced forty-five (45) days for reopening this matter.

IV. The dismissal of the above-captioned action shall become with prejudice on the forty-sixth-day following the date of this Order, unless any party moves to reopen this case within forty-five (45) days of the date of this Order upon a showing that the settlement was not consummated, or the Court extends the forty-five (45) day period prior to its expiration.

V. The Clerk of the Court is respectfully directed to close this case and forward a copy of this Order to the parties pursuant to the Court's local rules.

Dated: March 25, 2025
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge